## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SEOUL VIOSYS CO., LTD.,**

    **Plaintiff,**

**v.**                                                    **Case No: 8:21-cv-1666-MSS-JSS**

**NAMSUNG AMERICA, INC.,**

    **Defendant.**

_____

### ORDER

**THIS CAUSE** comes before the Court *sua sponte*. Plaintiff initiated this action for patent infringement under Title 35 of the United States Code. (Dkt. 1) Plaintiff alleges that it is a company organized and existing under the laws of the Republic of Korea, with its principal place of business at 65-16, Sandan-ro 163 beon-gil, Danwon-gu, Ansan-city, Gyeonggi-do, Korea 425-851. (Id. at ¶ 4) Plaintiff further alleges that Defendant is a Florida corporation with a principal office address of 250 International Pkwy., Suite 230, Heathrow, FL 32746 and that Defendant may be served through its registered agent, NISI Law Firm, P.A., at 2003 Longwood Lake Mary Rd., Suite 1001, Longwood, FL 32750. (Id. at ¶ 4) Both of these locations are in Seminole County, which falls within the Orlando Division of the Middle District of Florida. M.D. Fla. Local Rule 1.04(a). As such, it appears that this action is more directly connected to the Orlando Division than the Tampa Division and should have been filed there. Pursuant to this Court's Local Rules,

> A party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced. The judge must transfer the action to the division most consistent with the purpose of this rule.

M.D. Fla. Local Rule 1.04(b).

Accordingly, it is hereby **ORDERED** that the **CLERK** of this Court shall

**TRANSFER** this action to the United States District Court for the Middle District of

Florida, Orlando Division for all further proceedings.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of July 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2